**COMMONWEALTH of Pennsylvania, Appellant**

v.

**Jose MEDINA, Appellee.**

Supreme Court of Pennsylvania.

Submitted Feb. 10, 2016.
Decided June 20, 2016.

Hugh J. Burns Jr., Esq., Peter Carr, Esq., Philadelphia Dist. Attorney's Office, for Commonwealth of Pennsylvania, Appellant.

Leonard Sosnov, Esq., for Jose Medina, Appellee.

### *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of June, 2016, the appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**

Justices DONOHUE and WECHT did not participate in the consideration or decision of this case.